IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KEVIN T. CRUMP and )
DANNA E. CRUMP, )
)                 Case No.:
        Plaintiffs, )
)
v. )
)
UNITED STATES OF AMERICA, )
(Treasury Department, Internal )
Revenue Service), )
)
        Defendant. )
_____/

## COMPLAINT FOR REFUND

**COME NOW**, the Plaintiffs, Kevin T. Crump and Danna E. Crump (hereinafter referred to collectively as the "Crumps" or "Taxpayers"), by and through their undersigned attorney, hereby file this action against Defendant, the United States of America, Treasury Department, Internal Revenue Service (hereinafter referred to as "United States" or "IRS"), for a refund, and alleges:

### INTRODUCTION

1. This is an action arising under the Internal Revenue laws of the United States for the recovery of income taxes and related interest erroneously and illegally assessed and collected from the Crumps.

2. The Crumps are a married couple who reside in Yulee, Nassau County, Florida.

3. Defendant is the United States of America, and more particularly, its sub-agency known as the Internal Revenue Service, an agency with the Department of Treasury.

1

## JURISDICTION AND VENUE

4. Jurisdiction is conferred on this Court by Title 28, United States Code (hereinafter referred to as "U.S.C.") § 1346(a) and Title 26, U.S.C. § 7422(a).

5. Venue in this Court is proper pursuant to 28 U.S.C. § 1402(a)(1), which provides that any civil action against the United States may be brought in the judicial district where the Plaintiffs reside.

6. The Crumps have satisfied all conditions precedent to bringing this suit under 26 U.S.C. § 7422, as they duly filed a timely refund claim with the IRS, pursuant to 26 U.S.C. § 6511(a), and the present suit for refund is being filed within two years of the Defendant's April 6, 2022, issuance of a Statutory Notice of Claim Disallowance, pursuant to 26 U.S.C. § 6532(a)(1).

## EXPLANATION OF TAX YEARS INVOLVED

7. Although the present suit for refund relates to an overpayment of income tax reported on the Taxpayers' 2017 income tax return, the returns and liabilities related to three additional tax years (2014, 2016, and 2019) are implicated in the present suit. Due to the potential confusion arising out of the complexity and interrelationship of each such year, as it affects the 2017 overpayment and present suit for refund, it is important to provide a brief outline to contextualize the significance of these four tax years:

a. Tax Year 2014 – The year in which the Taxpayers sought to carryback a net operating loss ("NOL") reported on their tax year 2016 return, which carryback and tentative refund were tentatively approved and issued, respectively, until the IRS reversed its approval, and reassessed tax for 2014 in the amount of the tentative refund.

b. <u>Tax Year 2016</u> – The year in which the Taxpayers claimed an NOL carryback, which the Taxpayers requested to be applied to their 2014 tax liability; additionally, the IRS failed to timely process the Taxpayers' 2016 return based upon suspicion of identity theft.

c. <u>Tax Year 2017</u> – The year in which the Taxpayers reported an overpayment of tax for which they elected to apply as a credit to their 2018 return, but a portion of which overpayment the IRS improperly applied to the reassessed 2014 liability.  <u>It is this misapplied portion of the 2017 overpayment for which the Taxpayers filed a timely claim for refund, and it was the formal disallowance of such claim that serves as the basis for this present refund suit</u>.

d. <u>Tax Year 2019</u> – The year in which the IRS applied the Taxpayers' overpayment in tax reported on their 2016 return after the IRS finally processed and accepted the 2016 return as filed.

<u>FACTS</u>

8. The Crumps e-filed their Form 1040, *U.S. Individual Income Tax Return* (hereinafter "Form 1040" or "return"), for tax year 2016 on November 10, 2017.  The receipt of this return by IRS was confirmed by the Acknowledgement and General Information for Taxpayers Who File Returns Electronically attached hereto as **Exhibit "1."**

9. The Taxpayers reported a NOL on their Form 1040 for tax year 2016, and they elected to "carryback" their 2016 net operating loss to tax year 2014.

10. The application of the NOL carryback to tax year 2014 resulted in an overpayment of income tax for such year in the amount of $10,958.00, and the Taxpayers sought a refund

of this overpayment by filing an IRS Form 1045, *Application for Tentative Refund*, on or about November 20, 2017.  Copies of the U.S. Postal Service Certified Mail Receipt and first 2 pages of the Form 1045 are attached hereto as **Exhibit "2."**

11. The IRS approved the application for tentative refund with respect to tax year 2014, and a refund in the amount of $10,958.00 was issued to the Taxpayers on or about January 8, 2018.

12. However, on or about July 9, 2018, the IRS reversed course, disallowing the NOL carryback, and assessing an additional tax in the amount of $10,958.00 for tax year 2014, equal to the amount of the tentative refund.

13. The 2016 NOL carryback was disallowed, and the 2014 tax was reassessed because the IRS did not timely process the Taxpayer's tax year 2016 Form 1040—on which the return the NOL had been reported—due to the IRS's suspicion of identity theft related to the 2016 return.  As discussed below, the IRS did not process the 2016 return until September 2020, when the return was accepted as filed.

14. On or around October 12, 2018, the Taxpayers filed their 2017 Form 1040 claiming an overpayment of $14,848.00, which they elected to apply as a credit to their 2018 return.

15. The IRS instead applied $11,079.65 ($10,958.00 plus $121.65 of interest) of the 2017 overpayment to the recently reassessed 2014 liability, applying only $3,768.35 of the 2017 overpayment as a pre-payment credit towards the Taxpayers' 2018 taxes.

16. On September 28, 2020, the IRS finally confirmed that no identity theft had occurred related to the Taxpayers' 2016 return, and the IRS processed and accepted the 2016 return as filed, nearly three years after the return had originally been filed.

17. Upon acceptance of the 2016 Form 1040 as filed, the IRS determined that the Taxpayers had made an overpayment of income tax for tax year 2016 in the amount of the $16,479.00, and the IRS applied the resulting refund, plus overpayment interest, to the Taxpayer's outstanding liability for the 2019 tax year.

18. Copies of the 2014, 2016, and 2017 IRS Account Transcripts are attached hereto as **Composite Exhibit "3."**

19. On June 15, 2021, the Taxpayers, through their authorized representative, filed an informal claim for refund for $11,080.00 ($10,958.00 plus $122.00 of rounded-up interest), the amount diverted from the 2017 overpayment, shortly after the Taxpayers had filed their 2017 return on October 12, 2018.  A copy of the correspondence (without enclosures) dated June 15, 2021, is attached hereto as **Exhibit "4."**[1]

20. The Defendant rejected the informal claim for refund on April 6, 2022, concluding that it was untimely.  A copy of the LTR 105C, *Notice of Claim Disallowance*, is attached hereto as **Exhibit "5."**

21. Importantly, the LTR 105C incorrectly asserts that the Taxpayers' claim for refund related to tax year *2016*—the year in which the NOL carryback was claimed—not 2017, the year in which the overpayment was actually made.  As described herein, the claim for

---

[1] Although the correspondence was in response to a notice received for the 2019 tax year, the Taxpayers' representative focused on the background and interplay between the 2016 carryback, the 2014 reassessment, and the subsequent offset of the 2017 overpayment, as well as the misapplication of the funds to the 2018 return.  The correspondence requested that the IRS either refund the amount owed the Taxpayers or apply the overpayment to the Taxpayers' then-outstanding 2019 liability.  To date, the IRS has neither refunded the overpayment, nor did the IRS apply the 2017 overpayment to the Taxpayers' 2019 liability as requested, instead applying the Taxpayers' refund from their 2020 return to tax year 2019, satisfying such 2019 liability in full.

refund arose from the IRS's misapplication of the Taxpayers' overpayment reported on their tax year *2017* income tax return.[2]

22. Through their authorized representative, the Taxpayers filed an administrative appeal on or around April 29, 2022.  A copy of the correspondence appealing the Notice of Claim Disallowance is attached hereto as **Exhibit "6."**

23. The IRS Independent Office of Appeals ("Appeals") agreed with the Taxpayers that the claim for refund was duly filed and timely, as the Taxpayers' June 15, 2021, informal claim for refund was filed within the three-year limitation period from the date on which the Taxpayers filed their 2017 return (October 12, 2018), pursuant to 26 U.S.C. § 6511(a).  Copies of two letters to the Taxpayers confirming Appeals' agreement, dated May 5, 2023, and June 1, 2023, are attached hereto as **Composite Exhibit "7."**[3]

24. Having determined that the claim for refund related to the Taxpayers' 2017 overpayment was timely, Appeals remanded the claim back to the originating office for consideration on the merits of the claim.

25. As no further correspondence or written determination from Appeals and/or the originating office of the IRS has been received as of the date of this filing, the Taxpayers seek to preserve their refund claim by filing the present suit for refund pursuant to 26 U.S.C. § 7422(a).

---

[2] Although the IRS chose to apply the 2017 overpayment to the Taxpayers' 2014 liability—a liability arising from the IRS's improper reassessment related to the 2016 NOL carryback—the 2016 NOL carryback and the present claim for refund of the 2017 overpayment are two distinct issues.
[3] The two letters are identical except the June 1, 2023, letter contains an extra paragraph warning of the deadline to file a refund suit while the appeal is pending.

GROUNDS FOR RELIEF

26. Once their 2016 return was processed and accepted as filed, the erroneous reassessment for tax year 2014 should have been abated, as such reassessment of tax for 2014 was a direct consequence of the IRS's improper delay in processing the 2016 return that reported the NOL.

27. The 2016 return was treated as filed as of November 10, 2017; therefore, the carryback claim was timely made on November 20, 2017.

28. Because the 2016 return was accepted as filed, resulting in an overpayment in the amount of the $16,479.00, Defendant erred in failing to reverse its reassessment of the 2014 liability, which reassessment arose due to the IRS's improper disallowance of the carryback claim, which itself arose from the IRS's improper, untimely processing and ultimate acceptance of the Taxpayers' 2016 return.

29. Because the Defendant did not timely process the 2016 return, and because the Defendant failed to reverse the improper reassessment of the 2014 liability—to which the 2017 overpayment was misapplied—the Taxpayers are entitled to a refund of the misapplied portion of the 2017 overpayment in the amount of $10,958.00 plus such overpayment interest as the Taxpayers are entitled to under 26 U.S.C. § 6611(a).

30. Alternatively, the Crumps are entitled to a refund by way of the mitigation provisions of 26 U.S.C. §§ 1311 – 1314, which permit correction of an error by the IRS based upon factors outside of the Taxpayers' control, *i.e.*, the IRS's disallowance of the NOL carryback claim, which was a proximate result of the IRS's delay in processing the

Taxpayers' 2016 return based on suspicion of identity theft, and for such other reasons as are more fully set forth above.

<u>DEMAND FOR JURY TRIAL</u>

**THE PLAINTIFFS**, Kevin T. Crump and Danna E. Crump, by and through their undersigned counsel, pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, hereby demand a jury trial on all issues triable by jury.

**WHEREFORE**, it is prayed that the Court: (a) determine that the Crumps are entitled to a refund for tax year 2017 in the amount of $10,958.00 plus statutory interest under 26 U.S.C. § 6611(a) and award the same; (b) determine that the Crumps are entitled to reasonable litigation fees and costs in pursuing their claim and award the same; and (c) for such other and further relief as this Court deems just and proper.

**FISHER, TOUSEY, LEAS & BALL, P.A.**

Date:  April 5, 2024                    By: _____

ADAM L. HEIDEN
Florida Bar No. 0050817
SCOTT ST. AMAND
Florida Bar No. 88843
501 Riverside Avenue, Suite 700
Jacksonville, Florida  32202
Telephone:     (904) 356-2600
Facsimile:      (904) 355-0233
adam.heiden@fishertousey.com
ssa@fishertousey.com

*Trial Counsel for Plaintiffs, Kevin T. Crump and Danna E. Crump*

8

# EXHIBIT 1

1990

Department of the Treasury - Internal Revenue Service

**Form 9325**
**(Rev. January 2017)**

# Acknowledgement and General Information for Taxpayers Who File Returns Electronically

Thank you for participating in IRS e-file.

Crump, Kevin T & Danna E
75150 Harvester Street
Yulee, FL 32097

1. [X] Your federal income tax return for tax year 2016 was filed electronically with the Martinsburg, WV Submission Processing Center. The electronic filing services were provided by Farmand, Farmand & Farmand, LLP.

2. [X] Your return was accepted on 11/10/17 using a Personal Identification Number (PIN) as your electronic signature. You entered a PIN or authorized the Electronic Return Originator (ERO) to enter or generate a PIN for you. The Submission ID assigned to your return is 59506320173140004438.

3. [ ] Your return was accepted on _____. Allow 4 to 6 weeks for the processing of your return. The Earned Income Credit or a dependent's exemption on your return may be reduced or disallowed due to a child's name and social security number mismatch.

4. [ ] Your electronic funds withdrawal payment was accepted for processing.

5. [ ] Your electronic funds withdrawal payment was not accepted for processing. Refer to the "If You Owe Tax" section.

6. [ ] Your Extension of Time to File U.S. Individual Income Tax Return, was accepted on _____. The Submission ID assigned to your extension is _____.

DO NOT SEND A PAPER COPY OF YOUR RETURN TO THE IRS.  IF YOU DO, IT WILL DELAY THE PROCESSING OF THE RETURN.

**If You Need to Make a Change to Your Return**
If you need to make a change or correct the return you filed electronically, you should send a Form 1040X, Amended U.S. Individual Income Tax Return, to the IRS Submission Processing Center that processes paper returns for your area. The address is available at www.irs.gov, or you can call the IRS toll-free at 1-800-829-1040.

**If You Need to Ask About Your Refund**
The IRS notifies your Electronic Return Originator (ERO) when your return is accepted, usually within 48 hours. If your return was not accepted, the IRS notifies your ERO of the reasons for rejection. If it has been more than three weeks since the IRS accepted your return and you have not received your refund, go to www.irs.gov and click on "Where's My Refund?" to view your refund status. Exception: If box 3 above is checked, allow 4 to 6 weeks for processing of your return. A notice will be sent to you advising of changes to your return.

Also, you can call the TeleTax line at 1-800-829-4477, for automated refund information. You should have available the first social security number shown on your return, your filing status, and the exact amount of the refund you expect. TeleTax gives you the date for mailing or depositing your refund. You should receive your refund check within 30 days of the date given by TeleTax, or within one week of that date, if you chose direct deposit. If you do not receive it by then, or if TeleTax does not give your refund information, call the Refund Hotline at 1-800-829-1954.

The IRS uses refunds to cover overdue taxes and notifies you when this occurs. The Fiscal Service offsets refunds through the Treasury Offset Program to cover past due child support, federal agency non-tax debts such as student loans and state income tax obligations. Fiscal Service sends you an offset notice if it applies your refund or part of your refund to non-tax debts. If you have questions about the offset, contact the agency identified in the notice. You may also call the Treasury Offset Program Call Center at 1-800-304-3107, if you have additional questions.

**If You Owe Tax**
If your return has a balance due, you must pay the amount you owe by the prescribed due date. If you paid by electronic funds withdrawal (direct debit) or by credit card, no voucher is needed. The credit card service providers will charge a convenience fee based on the amount of taxes you are paying. The fees and the type of credit or debit cards accepted may vary between providers. You will be told the amount of the fee during the transaction and you will be given the option to either continue or end the transaction. For information on paying your taxes electronically, including by credit or debit card, go to www.irs.gov/e-pay

If you are not paying electronically you may use Form 1040-V, Payment Voucher, which you can obtain from your Electronic Return Originator. If the IRS does not receive your payment by the prescribed due date, you will receive a notice that requests full payment of the tax due, plus penalties and interest. If you cannot pay the amount in full, complete Form 9465, Installment Agreement Request, which you may file electronically. To apply for an installment agreement online, go to www.irs.gov. You may also order Form 9465 by calling 1-800-TAX-FORM (1-800-829-3676). If approved, the IRS charges a user fee to set up an installment agreement.

**If You Need to Inquire About Your Electronic Funds Withdrawal Payment**
You may call 1-888-353-4537, to inquire about the status of an electronic funds withdrawal payment. If there is a change to the bank account information included on your return, you should call this number to cancel a scheduled payment. You should have available the social security number of the first person listed on the tax return, the payment amount, and the bank account number. Cancellation requests must be received no later than 11:59pm E.T. two business days prior to the scheduled payment date.

**Tax Refund Related Financial Products**
Financial institutions offer a variety of financial products to taxpayers based on their refunds. Contracts for financial products are between you and the financial institution. The IRS is not associated with the contract. If you have questions about tax refund related products, contact your Electronic Return Originator or the lender.

# EXHIBIT 2

2016 Form 1045 - Certified Mail



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

CRUMP **OFFICIAL USE**

Certified Mail Fee
$ 3.35

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ 2.75
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postage
$ 2.66

Total Postage and Fees
$ 8.76

NOV 16 2017
Postmark
Here
FERNANDINA BCH FL

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
AUSTIN, TX 73301-0002

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7015 0640 0002 0098 1539

---

1045   1045 - 2017

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X                          ☐ Agent
                           ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

1. Article Addressed to:

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
AUSTIN, TX  73301-0002

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

NOV 2 0 2017

AUSTIN, TEXAS

3. Service Type
☐ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)      7015 0640 0002 0098 1539

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Maile 11/16/17

CRUMP 1045 - 2016   NOL C/Back to 2014

EXHIBIT C

1990

| Form **1045** | **Application for Tentative Refund** | OMB No. 1545-0098 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ Separate instructions and additional information are available at *www.irs.gov/form1045.*<br>▶ Don't attach to your income tax return. Mail in a separate envelope.<br>▶ For use by individuals, estates, or trusts. | **2016** |

| Name(s) shown on return | Social security or employer identification number |
|---|---|
| KEVIN T & DANNA E CRUMP | 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 |
| Number, street, and apt. or suite no. If a P.O. box, see instructions. | Spouse's social security number (SSN) |
| 75150 HARVESTER STREET | 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 |
| City, town or post office, state, and ZIP code. If a foreign address, also complete spaces below (see instructions). | Daytime phone number |
| YULEE                         FL 32097 | 904-491-6800 |

| Foreign country name | Foreign province/county | Foreign postal code |
|---|---|---|

| 1 | This application is filed to carry back: | **a** Net operating loss (NOL) (Sch. A, line 25) $ 27,671 | **b** Unused general business credit $ 0 | **c** Net section 1256 contracts loss $ 0 |
|---|---|---|---|---|

| 2a | For the calendar year 2016, or other tax year beginning _____, 2016, and ending _____, 20___ | **b** Date tax return was filed 11/10/17 |
|---|---|---|

2016

3. If this application is for an unused credit created by another carryback, enter year of first carryback ▶

4. If you filed a joint return (or separate return) for some, but not all, of the tax years involved in figuring the carryback, list the years and specify whether joint (J) or separate (S) return for each ▶ ...............................................

5. If SSN for carryback year is different from above, enter   **a** SSN ▶ _____ and **b** Year(s) ▶ _____

6. If you changed your accounting period, give date permission to change was granted ▶ ............................

7. Have you filed a petition in Tax Court for the year(s) to which the carryback is to be applied? ........... ☐ Yes ☒ No

8a. Is any part of the decrease in tax due to a loss or credit resulting from a reportable transaction required to be disclosed on Form 8886, Reportable Transaction Disclosure Statement? ........................................ ☐ Yes ☒ No

9. If you are carrying back an NOL or net section 1256 contracts loss, did this cause the release of foreign tax credits or the release of other credits due to the release of the foreign tax credit (see instructions)? ....... ☐ Yes ☒ No

**Computation of Decrease in Tax** (see instructions)

Note: If 1a and 1c are blank, skip lines 10 through 15.

| | | preceding tax year ended ▶ | | **2ND** preceding tax year ended ▶ 12/31/14 | | preceding tax year ended ▶ | |
|---|---|---|---|---|---|---|---|
| | | Before carryback | After carryback | Before carryback | After carryback | Before carryback | After carryback |
| 10 | NOL deduction after carryback (see instr.) | | | | 27,671 | | |
| 11 | Adjusted gross income | | | 1,093,621 | 1,065,950 | | ☒ |
| 12 | Deductions (see instructions) | | | 12,400 | 12,400 | | |
| 13 | Subtract line 12 from line 11 | | | 1,081,221 | 1,053,550 | | ☒ |
| 14 | Exemptions (see instructions) | | | | | | |
| 15 | Taxable inc. Line 13 minus line 14 | | | 1,081,221 | 1,053,550 | | |
| 16 | Income tax. See instructions and attach an explanation | | | 363,479 | 352,521 | | |
| 17 | Excess advance premium tax credit repayment (see instructions) | | | | | | |
| 18 | Alternative minimum tax | | | | | | |
| 19 | Add lines 16 through 18 | | | 363,479 | 352,521 | | |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.                    Form **1045** (2016)

DAA

1990

**KEVIN T & DANNA E CRUMP**                                    **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**

Form 1045 (2016)                                                                                    Page **2**

| Computation of Decrease in Tax (Continued) | | _____ preceding tax year ended ▶ | | **2ND** preceding tax year ended ▶ **12/31/14** | | _____ preceding tax year ended ▶ | |
|---|---|---|---|---|---|---|---|
| | | Before carryback | After carryback | Before carryback | After carryback | Before carryback | After carryback |
| **20** | General business credit (see instructions) | | | 11,427 | 11,427 | | |
| **21** | Net premium tax credit (see instructions) | | | | | | |
| **22** | Other credits. Identify **SEE STMT 1** | | | 66 | 66 | | |
| **23** | Total credits. Add lines 20 through 22 | | | 11,493 | 11,493 | | |
| **24** | Subtract line 23 from line 19 | | | 351,986 | 341,028 | | |
| **25** | Self-employment tax (see instructions) | | | | | | |
| **26** | Additional medicare tax (see instructions) | | | | | | |
| **27** | Net investment income Tax (see instructions) | | | 22,810 | 22,810 | | |
| **28** | Health care: individual responsibility (see instructions) | | | | | | |
| **29** | Other taxes | | | | | | |
| **30** | Total tax. Add lines 24 through 29 | | | 374,796 | 363,838 | | |
| **31** | Enter the amount from the "After carryback" col. on line 30 for each year | | | 363,838 | | | |
| **32** | Decrease in tax. Line 30 minus line 31 | | | 10,958 | | | |

**33** Overpayment of tax due to a claim of right adjustment under section 1341(b)(1) (attach computation)

Under penalties of perjury, I declare that I have examined this application and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete.

**Sign Here**

Keep a copy of this application for your records.

Your signature ▶ _[signature]_          Date 11/10/17

Spouse's signature. If Form 1045 is filed jointly, both must sign. ▶ _[signature]_          Date 11/10/17

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| TERRY B. FARMAND | TERRY B. FARMAND | 11/09/17 | | P00852839 |

Firm's name ▶ **FARMAND, FARMAND & FARMAND, LLP**          Firm's EIN ▶ **46-4247829**

Firm's address ▶ **303 CENTRE ST STE 201 FERNANDINA BEACH        FL   32034-4279**          Phone no. **904-261-0114**

Form 1045 (2016)

OAA

# EXHIBIT 3



# Internal Revenue Service
## United States Department of the Treasury

```
This Product Contains Sensitive Taxpayer Data
```

# Account Transcript

|                      |             |
|----------------------|-------------|
| Request Date:        | 04-03-2024  |
| Response Date:       | 04-03-2024  |
| Tracking Number:     | 105785065900 |

FORM NUMBER:       1040

TAX PERIOD:        Dec. 31, 2014


TAXPAYER IDENTIFICATION NUMBER:         XXX-XX-4699
SPOUSE TAXPAYER IDENTIFICATION NUMBER:  XXX-XX-5509

KEVI T & DANN E CRUM

PO BOX


**<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**

          --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                              0.00
ACCRUED INTEREST:                             0.00    AS OF: Dec. 24, 2018
ACCRUED PENALTY:                              0.00    AS OF: Dec. 24, 2018


ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):                0.00


          ** INFORMATION FROM THE RETURN OR AS ADJUSTED **


EXEMPTIONS:                                         04
FILING STATUS:                        Married Filing Joint
ADJUSTED GROSS INCOME:                    1,093,621.00
TAXABLE INCOME:                           1,081,221.00
TAX PER RETURN:                             374,796.00
SE TAXABLE INCOME TAXPAYER:                       0.00
SE TAXABLE INCOME SPOUSE:                         0.00
TOTAL SELF EMPLOYMENT TAX:                        0.00


RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)        Oct. 19, 2015

Account Transcript \*\*\*-\*\*-4699 1040 201412 105785065900-1

PROCESSING DATE                                                                                          Nov. 23, 2015

---

TRANSACTIONS

---

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | Tax return filed | 20154405 | 11-23-2015 | $374,796.00 |
| n/a | 18221-297-62303-5 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2015 | -$24,670.00 |
| 716 | Credit you chose to apply from prior tax period | | 04-15-2014 | -$56,135.00 |
| 430 | Estimated tax payment | | 10-17-2014 | -$92,000.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2015 | | 04-15-2015 | $0.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2015 | | 04-15-2015 | $0.00 |
| 670 | Payment | | 04-15-2015 | -$325,000.00 |
| 570 | Additional account action pending | | 11-23-2015 | $0.00 |
| 170 | Penalty for not pre-paying tax 11-23-2025 | 20154405 | 11-23-2015 | $1,649.00 |
| 971 | Notice issued CP 0045 | | 11-23-2015 | $0.00 |
| 830 | Credit you chose to apply to following tax period's taxes | | 04-15-2015 | $121,360.00 |
| 295 | Reduced or removed prior tax assessed | | | -$10,958.00 |
| n/a | 09254-748-91140-7 | | | |
| 971 | Notice issued CP 0021 | | 01-08-2018 | $0.00 |
| 846 | Refund issued | | 01-02-2018 | $10,958.00 |
| 294 | Additional tax assessed 07-09-2028 | 20182505 | | $10,958.00 |
| n/a | 09254-571-91190-8 | | | |
| 706 | Credit transferred in from 1040 201712 | | 04-15-2018 | -$11,079.65 |
| 196 | Interest charged for late payment | 20184205 | 11-05-2018 | $121.65 |
| 960 | Appointed representative | | 12-04-2018 | $0.00 |

---

This Product Contains Sensitive Taxpayer Data

---


# Internal Revenue Service
United States Department of the Treasury

┌─────────────────────────────────────────────────────────────┐
│ This Product Contains Sensitive Taxpayer Data                │
└─────────────────────────────────────────────────────────────┘

# Account Transcript

| | |
|---|---|
| Request Date: | 09-18-2020 |
| Response Date: | 09-18-2020 |
| Tracking Number: | 100568974758 |

FORM NUMBER:      1040
TAX PERIOD:       Dec. 31, 2016

TAXPAYER IDENTIFICATION NUMBER:         XXX-XX-4699
SPOUSE TAXPAYER IDENTIFICATION NUMBER:  XXX-XX-5509

KEVI DANN CRUM
75150

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                              0.00
ACCRUED INTEREST:                             0.00      AS OF: Oct. 05, 2020
ACCRUED PENALTY:                              0.00      AS OF: Oct. 05, 2020

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):                0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                                     04
FILING STATUS:                        Married Filing Joint
ADJUSTED GROSS INCOME:                   -12,183.00
TAXABLE INCOME:                               0.00
TAX PER RETURN:                               0.00
SE TAXABLE INCOME TAXPAYER:                   0.00
SE TAXABLE INCOME SPOUSE:                     0.00
TOTAL SELF EMPLOYMENT TAX:                    0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)      Nov. 10, 2017
PROCESSING DATE                                                   Sep. 28, 2020

┌─────────────────────────────────────────────────────────────┐
│                        TRANSACTIONS                          │
└─────────────────────────────────────────────────────────────┘

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20203705 | 09-28-2020 | $0.00 |
| n/a | 18221-221-09413-0 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2017 | -$16,479.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2017 | | 04-15-2017 | $0.00 |

| 140 | Inquiry for non-filing of tax return | 07-10-2018 | $0.00 |
| 971 | Notice issued<br>CP 0059 | 07-30-2018 | $0.00 |
| 960 | Appointed representative | 10-03-2018 | $0.00 |
| 776 | Interest credited to your account | 04-15-2020 | -$2,580.10 |
| 826 | Credit transferred out to<br>1040 201912 | 04-15-2017 | $16,479.00 |
| 856 | Interest credit transferred out to<br>1040 201912 | 04-15-2020 | $2,580.10 |
| 971 | Notice issued<br>CP 0049 | 09-28-2020 | $0.00 |

This Product Contains Sensitive Taxpayer Data



**Internal Revenue Service**
United States Department of the Treasury

```
┌────────────────────────────────────────────────────────────────┐
│         This Product Contains Sensitive Taxpayer Data           │
└────────────────────────────────────────────────────────────────┘
```

# Account Transcript

|                        |              |
|------------------------|--------------|
| Request Date:          | 04-03-2024   |
| Response Date:         | 04-03-2024   |
| Tracking Number:       | 105785065900 |

FORM NUMBER:      1040

TAX PERIOD:       Dec. 31, 2017

TAXPAYER IDENTIFICATION NUMBER:         XXX-XX-4699
SPOUSE TAXPAYER IDENTIFICATION NUMBER:  XXX-XX-5509

KEVI T & DANN E CRUM

PO BOX

**<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF: Dec. 24, 2018 |
| ACCRUED PENALTY: | 0.00 | AS OF: Dec. 24, 2018 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):            0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 04 |
| FILING STATUS: | Married Filing Joint |
| ADJUSTED GROSS INCOME: | -455,760.00 |
| TAXABLE INCOME: | 0.00 |
| TAX PER RETURN: | 0.00 |
| SE TAXABLE INCOME TAXPAYER: | 0.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 0.00 |

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)          Oct. 12, 2018

4/3/24, 1:02 PM

Account Transcript ***-**-4699 1040 201712 105785065900-4

PROCESSING DATE

Nov. 05, 2018

| | TRANSACTIONS |
|---|---|

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|-----------------------------|---------|------------|--------------|
| 150 | Tax return filed | 20184205 | 11-05-2018 | $0.00 |
| n/a | 30221-685-53965-8 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2018 | -$14,848.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2018 | | 04-14-2018 | $0.00 |
| 826 | Credit transferred out to 1040 201412 | | 04-15-2018 | $11,079.65 |
| 836 | Credit you chose to apply to following tax period's taxes | | 04-15-2018 | $3,768.35 |
| 971 | Notice issued CP 0008 | | 11-05-2018 | $0.00 |
| 971 | Notice issued CP 0024 | | 11-05-2018 | $0.00 |
| 971 | Notice issued CP 0049 | | 11-05-2018 | $0.00 |
| 960 | Appointed representative | | 12-04-2018 | $0.00 |

| This Product Contains Sensitive Taxpayer Data |
|---|

# EXHIBIT 4



A.B. Farmand (Retired)
Terry B. Farmand CPA
Mike B. Farmand CPA
Cheryl F. Leddy CPA
Brandon P. Farmand CPA
Patrick J. Leddy CPA

June 15, 2021
CERTIFIED MAIL

Department of the Treasury
Internal Revenue Service
ACS Support
P.O. Box 8208
Philadelphia, PA 19101-8208

RE: Kevin & Danna E Crump: SS# 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/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 - LT24 Case Reference #
1577924634
Notice dated June 4, 2021; Tax year 12/31/2019

Dear Sir/Madam,

Enclosed please find Power of Attorney Form 2848-*Exhibit A*, for my client Kevin &
Danna E Crump. My client received the attached notice dated June 4, 2021, *Exhibit B*, showing
a balance due of $63,134.02 for tax year 2019. I have spoken to various agents at the Internal
Revenue Service Center and the issues have not been resolved. The client had not paid the
balance due assessed in prior tax notices for tax year 2019, because we were waiting for IRS
agents to follow up with us based on their review of information that was given to them during
phone conversations. We had also requested for IRS agents to put the account on hold so no
further penalties would be assessed. Refer to the phone notes made by IRS agents. It appears
that the taxpayers account has not been reviewed in the manner that I had believed it should
have been reviewed. I hereby provide with a summary of unresolved issue.

The taxpayer had filed form 1045 in November 2017 to carry Net Operating Loss of
$27,671 from tax year 2016 to tax year 2014-*Exhibit C*, which showed a refund due of $10,958.
The taxpayer had received the refund on January 2, 2018, as indicated on the attached
transcript dated November 5, 2018, *Exhibit D*. The transcript also shows that on April 15, 2018,
IRS applied credit of $11,079.65 to Form 1040 for tax year 2017. The client received tax notice
CP49, *Exhibit E*, dated November 5, 2018, showing that the overpayment from tax year 2017 of
$14,848 would be reduced by $11,079.65. A copy of the transcript dated November 5,2018 for
tax year 2017 is attached as reference, *Exhibit F*. The difference of $3,768.35 was applied to tax
year 2018. The $11,079.65 comprised of tax owed for 2014 of $10,958 plus interest of $121.65.
The explanation the taxpayer was given, was that the refund of $10,958 issued on January 2nd,
2018, based on filing Form 1045 was issued prematurely because the 2016 tax return was not
processed yet and thus IRS assessed liability of $11,079.65.

The client had identity theft problems and therefore the 2016 tax return took a long time
to process. The identify theft issues were finally resolved at local IRS office in Jacksonville,
Florida in January 2020. The tax return for tax year 2016 was finally processed in September
2020. A copy of letter from Taxpayer Advocate Service dated September 21, 2020, is attached,
*Exhibit G*.



4237 Atlantic Boulevard
Jacksonville, Florida 32207
T 904.396.6838 · F 904.346.0400

303 Centre Street, Suite 201
Fernandina Beach, Florida 32034
T 904.261.0114 · F 904.261.3436

www.farmandcpa.com

MEMBER American Institute of Certified Public Accountants · Florida Institute of Certified Public Accountants

Based on information given in above paragraph, the client should have been either given credit of $10,958 toward the future tax return or issued a refund. The reason being IRS applied $3,768.35 only as overpayment from tax year 2017 to tax year 2018, instead of $14,848. We have tried to explain this to IRS agents, but issue remains unresolved.

The client is enclosing a check for the assessment of $45,493.35 for tax year 2018. This amount comprises the refund client had received in April 2020. Refer to IRS Notice CP 24 for tax year 2018 that shows $45,493.35, *Exhibit H*. This amount of $45,493.35 was part of $73,052 reported on tax year 2018 Form 1040 as amount applied from 2018 to 2019.  The following will explain why the client is owed $11,080 (tax due of $10,958 plus interest $122):

| | | | | |
|---|---|---|---|---|
| 2018 Tax liability | $245,226 | | | |
| 2018 Federal WH | (11,951) | | | |
| 2017 o/p to 2018 (as reported) | (31,327) | | | |
| 2018 EST PMTS | (275,000) | | | |
| Net O/P applied to 2019 for 1040 | $73,052 | | | |
| | | | | |
| 2018 Portion Refunded to client in April 2020 | (45,493) | | | |
| 2016 O/P previously held applied to 2019 liability in September 2020 | (16,479) | | | |
| Difference – Due to client | $11,080 | (2014 -Form 1045 refund $10,958 plus interest assessment of $122 applied towards 2017 liability, and allowed $3,768 as carryover to 2018 instead of $14,848, thus difference owed to client) | | |

The following items provides the list of Exhibits mentioned above and attached to this letter:

1. Exhibit A: Form 2848 Power of Attorney for Kevin Crump and Danna E Crump
2. Exhibit B: Notice LT24, dated June 4, 2021, showing assessment of $63,134.02.
3. Exhibit C: Form 1045- Tax year 2016 Net Operating Loss of $27671 carried back to tax year 12/31/2014.
4. Exhibit D: 12/31/2014 Account Transcript dated 11-5-2018, showing refund of $10,958.00, on January 2, 2018, code 846.
5. Exhibit E: Notice CP49; tax year 2017, dated November 5, 2018, showing $11,079.65 applied to tax owed for 2014.
6. Exhibit F:12/31/2017 Account Transcript dated 11-5-2018, showing code 826 – credit transferred out to 1040, 2014/12, of $11,079.65.
7. Exhibit G: Taxpayer Advocate Service letter dated September 21, 2020, indicating 2016 tax return was processed and applying $16,479 refund toward tax year 2019.
8. Exhibit H: Notice CP24; tax year 2018 dated November 4, 2019, showing adjusted refund of $45,493.35. This amount was part of the 2018 overpayment of

$73,052 applied toward Form 1040 for tax year 2019.  The client is enclosing a check for this amount to be applied towards tax year 2019.

In summary the client has spent significant time to correct the various issues resulting from the late processing of 2016 tax return because of identity theft issues. Everything else has been resolved with the exception of the reprocessing of the refund of $10,958 resulting from the net operating loss for tax year 2016 being carried back to tax year 2014. The IRS initially issued the refund in April 2018, but then reduced the overpayment carryover from 2017 to 2018 by $11,079.65 (tax $10,958+ interest $121.65). Since the 2016 return has been processed, we urge that IRS reprocess the Form 1045 for 2016 and issue the refund to client of $10,958.

We hope that the information given above is sufficient to update the taxpayers account and issue the anticipated refund of $10,958. Additionally, we request on client's behalf to abate all penalties that have been assessed.

Sincerely,

FARMAND, FARMAND, & FARMAND, LLP

Terry B. Farmand
Certified Public Accountant

# EXHIBIT 5

 **IRS** Department of the Treasury
Internal Revenue Service

Kansas City Service Center
Kansas City   MO   64999

In reply refer to:  1185502494
Apr. 06, 2022    LTR 105C    O
***-**-4699  201612 30        O
                              00008619
                          BODC: SB

9307110756209890321023



KEVIN T & DANNA E CRUMP
PO BOX 1337
YULEE   FL   32041

001224

CERTIFIED MAIL

Taxpayer identification number:  ***-**-4699
                  Kind of tax:  CARRYBACK
     Date of claims received:  Jan. 26, 2022
                  Tax period :  Dec. 31, 2016


Dear Taxpayer:

              WE CAN'T ALLOW YOUR CLAIM

We disallowed your claim for credit for the tax period listed at
the top of this letter.

            WHY WE CAN'T ALLOW YOUR CLAIM

We can't allow your claim for credit or refund because you filed your
claim more than 3 years after the due date of the tax return
(including extensions) for the tax year that established the
carryback.

We can't allow your claim for credit or refund because you filed it
more than 3 years after you filed your tax return. You must file a
claim within 3 years from the date you filed the return.

We can only credit or refund the amount you paid during the
three-year period before you filed the claim (plus any approved
extension of time to file). We consider tax you withheld and estimated
tax payments as paid on the due date (i.e., April 15) for filing your
tax return. We treat the amount of the allowable earned income credit
that exceeds the actual income tax you owe in a similar manner as
tax payments you made.

Our records show we had to reverse the original claim because your
2016 return had not been processed. Since the time had passed for the
Form 1045 the taxpayer would have needed to send in an amended return
for 2014. The taxpayer was notified several times about the 2016
return not being processed.

They also received a letter stating that we had reversed the original
adjustment because the 2016 return was not processed.

```
                                                    1185502494
                        Apr. 06, 2022    LTR 105C    0
                        ***-**-4699   201612 30        0
                                                    00008620
```

KEVIN T & DANNA E CRUMP
PO BOX 1337
YULEE  FL  32041


                    WHAT TO DO IF YOU DISAGREE

You can appeal our decision with the Office of Appeals (which is
an independent organization within the IRS) if we disallowed your
claim because our records show that you filed your claim late.
Generally, a claim is late if you filed it after the later of:

    -   3 years from the due date of a timely-filed return without an
        extension
    -   3 years from the date we received a late return or a timely
        filed return with an approved extension
    -   2 years after you paid the tax

In addition, for a claim filed within three years of the date you
filed your tax return, we can only refund or credit the amount you
paid during the three-year period before the date you file the claim
(plus any approved extension of time to file). If you file your claim
more than three years after the date you filed your return, we can
only credit or refund the amount you paid during the two-year period
before the date you file the claim. The Appeals Office can't change
the amount of time the law allows you to file a claim for refund or
credit.

If you decide to appeal our decision, send us an explanation of why
you believe you filed your claim on time; for example, you had an
extension of time to file your original tax return. We will consider
your explanation before forwarding your request to the Office of
Appeals.

Please note, reasonable cause or similar explanations that may provide
relief from a penalty for filing a tax return late don't apply to the
time limitations for filing a claim set by law. Exceptions that can
extend the time to file a claim for refund include:

    - Service in a combat zone
    - A claim involving an item with a filing period longer than the
      general three-year period (for example, bad debts and worthless
      securities)
    - Financial disability

Financial disability is the inability to manage financial affairs due
to a medically-determined physical or mental impairment that could
result in death or that lasts (or can be expected to last)
continuously for at least twelve months. A physician's written
statement is required as proof of financial disability. Please review

1185502494
Apr. 06, 2022    LTR 105C    0
***-**-4699   201612 30          0
00008621



KEVIN T & DANNA E CRUMP
PO BOX 1337
YULEE  FL  32041

001224

Publication 556, Examination of Returns, Appeal Rights, and Claims for
Refund, for more information about these exceptions.

You have the right to appeal our decision to disallow your claim.
You can represent yourself before Appeals or you can have an attorney,
certified public accountant, enrolled agent, or any other person
authorized to practice before the IRS represent you. To have someone
represent you, attach Form 2848, Power of Attorney and Declaration of
Representative, (or similar written power of attorney) to your written
statement. If we don't hear from you within 30 days from the date of
this letter, we will process your case with the information we have
now.

For claims $25,000 or less, you can request a small dollar case
appeal. You must prepare a formal protest for a disallowed claim over
$25,000.

To request a small dollar case appeal:
  1.  Prepare a written statement that you want to appeal to the
      Office of Appeals.
  2.  List the tax periods or years and disallowed items you disagree
      with and why you don't agree with each item.
  3.  Provide your name, address, taxpayer identification number,
      daytime telephone number, and a copy of this letter.
  4.  Mail your appeal request to the address at the top of the first
      page of this letter.

To prepare a formal protest:
  1.  Prepare a written statement that you want to appeal to the
      Office of Appeals.
  2.  List the tax periods or years and disallowed items you disagree
      with and why you don't agree with each item.
  3.  Provide your name, address, taxpayer identification number,
      daytime telephone number, and a copy of this letter.
  4.  Include a detailed statement of facts with names, amounts,
      locations, etc., to support your reasons for disputing the
      disallowance.
  5.  If you know the particular law or authority that supports
      your position, identify that law or authority by providing
      a legal citation.
  6.  Sign the perjury statement below and include it with your
      written appeal. If your authorized representative prepares the
      request for an appeal, he or she must sign the statement.
  7.  Mail your written formal protest to the address at the top of
      the first page of this letter.

```
                                        1185502494
                    Apr. 06, 2022    LTR 105C    0
                    ***-**-4699   201612 30        0
                                        00008622
```

KEVIN T & DANNA E CRUMP
PO BOX 1337
YULEE  FL  32041


STATEMENT BY INDIVIDUALS OR SOLE PROPRIETORS

     "Under penalties of perjury, I declare that the facts present on
my written appeal are, to the best of my knowledge and belief,
true, correct, and complete."


_____     _____
Signature         —                    Date

_____     _____
Spouse's signature, if a joint return  Date

STATEMENT BY INDIVIDUAL AUTHORIZED TO PRACTICE BEFORE THE IRS

     "Under penalties of perjury, I declare that I prepared the written
statement and accompanying documents. To the best of my knowledge
the protest and accompanying documents are true and correct."


_____     _____   _____
Signature of representative            Enrollment number  Date

If you don't agree with our decision, you can file suit to recover
tax, penalties, or other amounts, with the United States District
Court that has jurisdiction or with the United States Court of Federal
Claims. These courts are part of the judicial branch of the federal
government and have no connection with the IRS.

The law gives you 2 years from the date of this notice of claim
disallowance to file suit. If you signed an agreement that waived your
right to this notice of disallowance Form 2297, Waiver of Statutory
Notification of Claim Disallowance, the period for filing suit begins
on the date you filed the waiver. If you decide to appeal our decision
first, the 2-year period still begins from the date of this notice or,
if applicable, the date you filed the waiver even if Appeals has not
yet rendered a final decision on your case. Consideration of your
claim by Appeals does not extend the 2-year period to file suit.
However, the 2-year period can be extended if you and the IRS sign a
Form 907, Agreement to Extend the Time to Bring Suit.

A refund or credit cannot be made after the end of the 2-year period
(including any extension) unless you file suit during that time. If
the end of the 2-year period is approaching and a decision has not
been made on your appeal (or if a favorable decision has been made but
the refund has not yet been paid), you can file suit, or you can
discuss extending this 2-year period with the IRS to protect your

```
                                                   1185502494
                                  Apr. 06, 2022    LTR 105C   0
                                  ***-**-4699   201612 30        0
                                                     00008623
```

KEVIN T & DANNA E CRUMP
PO BOX 1337
YULEE  FL  32041



001224

ability to receive a refund. If you do not file suit within the 2-year
period or sign an agreement with the IRS extending the 2-year period
to file suit, you may lose your ability to receive a refund, even if a
favorable decision on your appeal has already been made.

Find tax forms or publications by visiting www.irs.gov/forms or
calling 800-TAX-FORM (800-829-3676).

HOW TO CONTACT US

If you have questions, you can call 800-829-0922.

If you prefer, you can write to the address at the top of the first
page of this letter.

When you write, include a copy of this letter, and provide your
telephone number and the hours we can reach you in the spaces below.

Telephone number (    )_____ Hours _____

Keep a copy of this letter for your records.

Thank you for your cooperation.

A copy of this letter and any referenced enclosures have been
forwarded to your authorized representative(s).

                              Sincerely yours,

                              Darren K. James, Director
                              AM Identity Theft Victim Assistance

Enclosures:
Publication 1
Envelope
.

 **Department of the Treasury**
**Internal Revenue Service**
Kansas City Service Center
Kansas City  MO  64999



          KEVIN T & DANNA E CRUMP
          PO BOX 1337
          YULEE  FL  32041

001224

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.       Use for payments
                              1185502494
     BODCD-                                      Letter Number: LTR0105C
                                                 Letter Date   : 2022-04-06
                                                 Tax Period    : 201612

                                    *261794699*

                                    KEVIN T & DANNA E CRUMP
                                    PO BOX 1337
          INTERNAL REVENUE SERVICE  YULEE  FL  32041
          Kansas City Service Center
          Kansas City  MO  64999

261794699 TH CRUM 30 0 201612 670 00000000000

# EXHIBIT 6



A.B. Farmand (Retired)
**Terry B. Farmand** CPA
**Mike B. Farmand** CPA
**Cheryl F. Leddy** CPA
**Brandon P. Farmand** CPA
**Patrick J. Leddy** CPA

April 29, 2022
VIA CERTIFIED MAIL

Department of the Treasury
Internal Revenue Service
Office of Appeals
Kansas City Service Center
Kansas City MO 64999

    RE:    *Kevin T and Danna E Crump*
            *SS #: 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*
            *Tax period: December 31, 2016*
            *Reply Reference #: 1185502494*

### SMALL DOLLAR CASE APPEAL – OFFICE OF APPEALS

To whom it may concern—

    We are in receipt of your letter dated April 6, 2022 (copy attached) denying the above referenced taxpayer's claim for refund. We are submitting this reply as a small dollar case appeal, to the Office of Appeals.

    The letter indicates the date of claims received was January 26, 2022. We do not know where the IRS got this date. It is incorrect and that is the root of the issue. Our reply below will explain the date and timing of the initial refund claim and it should provide the necessary information for you to update your records. When your records are updated, I believe the taxpayer will be entitled to the refund claim.

    According to Internal Revenue Code section 6411(a), "A taxpayer may file an application for a tentative carryback adjustment of the tax for the prior taxable year affected by a net operating loss carryback provided in section 172(b), by a business credit carryback provided in section 39, or by a capital loss carryback provided in subsection (a)(1) or (c) of section 1212, from any taxable year. The application shall be verified in the manner prescribed by section 6065 in the case of a return of such taxpayer and shall be filed, on or after the date of filing for the return for the taxable year of the net operating loss, net capital loss, or unused business credit from which the carryback results and within a period of 12 months after such taxable year or, with respect to any portion of a business credit carryback attributable to a net operating loss carryback or a net capital loss carryback from a subsequent taxable year, in the manner and form required by regulations prescribed by the Secretary."

    The loss year that generated the NOL was the year ended December 31, 2016. According to 6411(a), a carryback claim submitted on Form 1045 must be filed by December 31, 2017, to be allowed. Otherwise, an amended return would have needed to be filed. The carryback claim was mailed via



4237 Atlantic Boulevard
Jacksonville, Florida 32207
T 904.396.6838 · F 904.346.0400

303 Centre Street, Suite 201
Fernandina Beach, Florida 32034
T 904.261.0114 · F 904.261.3436

**www.farmandcpa.com**

MEMBER American Institute of Certified Public Accountants · Florida Institute of Certified Public Accountants

certified mail on November 16, 2017, and received by the Austin, Texas center on November 20, 2017. A copy of the certified mail receipt is attached to this email. The requirement that the filing be submitted within 12 months of the loss year year-end is therefore satisfied.

Further, the Internal Revenue Manual also makes clear, in Section 21.5.9.4.7, that a tentative refund claim "can be processed, whether or not the loss year return has posted to the Master File." The loss year in question, the 2016 tax return, was filed electronically, and accepted by the IRS, on November 10, 2017. A copy of Form 9325 showing this filing and acceptance is attached to this letter. While the return may not have posted to the Master File, the IRS did have the return and it was available internally for verifying the claim. The Form 1045 submission also had all necessary attachments to substantiate the refund claim.

The Form 1045 filing should never have been reversed on the taxpayer's account. Even though the IRS took a prolonged amount of time to process the 2016 tax return, because of identity protection procedures, the IRS had the return in its possession and the loss year amounts were available for verification, without any further information needed from the taxpayer.

To summarize this letter:

1. The January 26, 2022 claims date is incorrect and we do not know where the Service is getting that date.
2. The original Form 1045 was timely filed on November, 16, 2017.
3. The loss-year return from 2016 was filed electronically and accepted by the IRS on November 10, 2017.
4. All requirements for filing a Form 1045 refund claim were met.
5. The IRS had all information, in it's possession, to review and process the claim.
6. The 1045 refund should never have been reversed by the Service
7. The 1045 application should be re-processed based on the date of original submission.

With this information, I believe you will have enough information to update your records. However, if you need any further information, please do not hesitate to contact me.

Sincerely,

*Terry B Farmand*

Terry B. Farmand, CPA

CONTACT INFORMATION:

Terry B Farmand
Farmand, Farmand & Farmand, LLP
4237 Atlantic Blvd
Jacksonville, FL,  32207-2040
T: 904-396-6838

Kevin T Crump
PO Box 1337
Yulee, FL,  32041
T: 904-491-6800

# EXHIBIT 7

 **IRS**

**Department of the Treasury**
**Internal Revenue Service**
**Independent Office of Appeals**
1000 South Pine Island Road
Royal Palm One, Suite 350
Plantation, FL 33324

**Date:**
05/05/2023
**Person to contact:**
Name: Fedline Ferjuste
Employee ID Number: 1001688010
Phone: 954-423-7955
Fax: 877-658-9023
**Re:**
Income
**Tax periods ended:**
12/2016

KEVIN T & DANNA E CRUMP
PO BOX 1337
YULEE, FL 32041-1337

Dear Kevin & Danna Crump:

Appeals determined your claim for refund is timely and is eligible for consideration. Appeals is releasing jurisdiction and returning your case to the originating office for consideration of the merits of the claim. If you're unable to resolve the issue with the originating office, you will be entitled to appeal rights available to you at that time.

If you have questions, you can contact me at the number listed at the top of this letter. Thank you for your cooperation.

Sincerely,

*F. Ferjuste*

Fedline Ferjuste
Appeals Officer

Enclosure(s):

cc: Terry B Farmand

**Letter 5209 (Rev. 3-2020)**
Catalog Number 63084S



**Department of the Treasury**
**Internal Revenue Service**
**Independent Office of Appeals**
1000 South Pine Island Road
Royal Palm One, Suite 350
Plantation, FL 33324

**Date:**
06/01/2023
**Person to contact:**
Name: Fedline Ferjuste
Employee ID Number: 1001688010
Phone: 954-423-7955
Fax: 877-658-9023
**Re:**
Income
**Tax periods ended:**
12/2016

KEVIN T & DANNA E CRUMP
PO BOX 1337
YULEE, FL 32041-1337

Dear Kevin & Danna Crump:

Appeals determined your claim for refund is timely and is eligible for consideration. Appeals is releasing jurisdiction and returning your case to the originating office for consideration of the merits of the claim. If you're unable to resolve the issue with the originating office, you will be entitled to appeal rights available to you at that time.

If you have questions, you can contact me at the number listed at the top of this letter. Thank you for your cooperation.

Please note that you should still monitor your deadline for filing suit, which is generally two years from when L105C was issued to you (4/6/2022). Appeals consideration of your case does not extend this time

Sincerely,

*F. Ferjuste*

Fedline Ferjuste
Appeals Officer

Enclosure(s):

cc: Terry B Farmand

**Letter 5209 (Rev. 3-2020)**
Catalog Number 63084S